908

No. 74–395. NORMAN ET AL. v. MISSOURI PACIFIC RAILROAD ET AL. C. A. 8th Cir. Certiorari denied.

No. 74–412. BUILDING & CONSTRUCTION TRADES COUNCIL OF PHILADELPHIA AND VICINITY ET AL. v. HIGGINBOTHAM, U. S. DISTRICT JUDGE. C. A. 3d Cir. Certiorari denied.

No. 74–508. CALIFORNIA HIGHWAY COMMISSION, DEPARTMENT OF PUBLIC WORKS, ET AL. v. KEITH ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–557. LOCAL 542, INTERNATIONAL UNION OF OPERATING ENGINEERS v. HIGGINBOTHAM, U. S. DISTRICT JUDGE. C. A. 3d Cir. Certiorari denied.

No. 74–650. CHARLES SCHNEIDER & CO., INC., ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 74–661. SECURITIES AND EXCHANGE COMMISSION v. COFFEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–675. NORMAND v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 74–678. ELLIS, TRUSTEE, ET AL. v. POWERS ET UX. C. A. 9th Cir. Certiorari denied.

No. 74–683. LENSKE v. OREGON STATE BAR. Sup. Ct. Ore. Certiorari denied.

No. 74–688. ALLEN ET AL. v. RAMPEY ET AL. C. A. 10th Cir. Certiorari denied.